VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

(904) 549-1970 PHONE
(904) 549-1977 FACSIMILE
VIRGINIA_COVINGTON@FLMD.USCOURTS.GOV

July 11, 2006

Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

In response to your letter of June 15, 2006, this letter serves to provide the additional information requested.

In Part I, line 3, the Committee has assumed correctly and this is the same position and involves the same assets as Trust #1 referenced in my June 22, 2005 letter. The line should have read Trust #1.

In Part VII, page 5, line 45, I listed Centenial Money Market Fund. That asset was inadvertently omitted from my 2004 report and should have been included. In line 46, the following information should have been included in Column D: (1) Deposit; (2) 8/3; (3) K.

Thank you for calling these matters to my attention. Please contact me if additional information is needed.

Sincerely,



Virginia M. Hernandez Covington

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Covington, Virginia M | 2. Court or Organization<br><br>District Court--Middle Florida | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2110 First Street<br>Fort Myers, FL 33901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Georgetown University Law Center |
| 2. Executor | Estate # 1 |
| 3. Trustee | Estate # 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Teco Energy, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment,*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Florida Association for Women Lawyers | June 28--Sarasota, Florida, keynote speaker at installation dinner (Hotel) |
| 2. The Florida Bar | June 23-24--Orlando, Florida, spoke at Federal Roundtable Seminar at Florida Bar Meeting (Hotel, Mileage, Per Diem) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Walt Disnery Common Stock | A | Dividend | J | T | Sold | 9/26 | J | A | |
| 3. Prudential Whole Life/Met Life | A | Dividend | J | T | | | | | |
| 4. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 5. Microsoft Common Stock | A. | Dividend | J | T | Sold | 9/26 | J | A | |
| 6. Putnam Mutual Funds | A | Distribution | J | T | | | | | |
| 7. Florida Progress Savings Plan | A | Interest | J | T | | | | | |
| 8. AT&T | A | Interest | J | T | | | | | |
| 9. Robert Baird Money Market Fund | A | Interest | K | T | | | | | |
| 10. TECO Savings Plan | B | Interest | K | T | | | | | |
| 11. Capital World Growth & Income Fund | A | Dividend | J | T | Buy | 9/26 | J | | |
| 12. TECO Pension Plan | | | M | W | | | | | |
| 13. Trust # 1 (X), Trustee/Income Beneficiary | G | Distribution | P1 | W | | | | | |
| 14. --Lake Property, Hillsborough County, FL | D | Rent | M | Q | | | | | |
| 15. --Beach Property, Pinellas County, FL | E | Rent | N | Q | | | | | |
| 16. --Suntrust Bank Account | A | Interest | K | T | | | | | |
| 17. --A.G. Edwards Money Market Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Covington, Virginia M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Annaly Mortgage Management, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. --Colonial Invt. Grade Municipal Trust, Shares | A | Distribution | J | T | | | | | |
| 20. --Cedar Fair Ltd.Partnership, Units | | | J | T | | | | | |
| 21. --Crescent Real Estate Equities, Common Stock | | | J | T | | | | | |
| 22. --Cross Timbers Royalty Trust, Shares | A | Dividend | J | T | | | | | |
| 23. --Franklin Multi-Income Trust, Shares | A | Dividend | J | T | | | | | |
| 24. --Intl. Business Machine Corp., Common Stock | A | Dividend | J | T | | | | | |
| 25. --National Westminister Bank PLC, Preferred Shares | | | J | T | | | | | |
| 26. --Nuveen Florida Investment, Shares | | | L | T | | | | | |
| 27. --Nuveen Select, Shares | A | Dividend | J | T | | | | | |
| 28. --Plum Creek Timber, Common Stock | A | Dividend | J | T | | | | | |
| 29. --Source Capital Inc., Shares | A | Dividend | J | T | | | | | |
| 30. --Van Kampen Municipal Income Trust, Shares | A | Dividend | J | T | | | | | |
| 31. --Tommy Hilfiger, Bonds | A | Interest | J | T | Sold | 10/14 | J | A | |
| 32. --Income Fund of America, Mutual Fund, Class C | A | Distribution | J | T | | | | | |
| 33. --Sun Life Key Annuity | B | Distribution | K | T | | | | | |
| 34. --TIAA Cref Annuity | E | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Time Share Unit, Jackson County, North Carolina | | | K | W | | | | | |
| 36. --USAA Income Stock Fund | | | J | T | | | | | |
| 37. --USAA Tax Exempt Intermediate-Term Fund | C | Dividend | M | T | | | | | |
| 38. --Dryden High Yield Fund Inc., Bonds | | | J | T | | | | | |
| 39. --Intel Corp., Common Stock | | | J | T | | | | | |
| 40. --Pioneer High Yield Fund Inc., Bonds | | | K | T | | | | | |
| 41. --TCW Gaileo Funds Inc., Mutual Funds | | | J | T | | | | | |
| 42. --Vanguard GNMA Fund, Mutual Funds | | | J | T | | | | | |
| 43. --Vanguard Intermediate Term, Mutual Funds | | | J | T | | | | | |
| 44. --Wal-Mart Stores, Inc., Common Stock | | | J | T | | | | | |
| 45. --Centenial Money Market Fund | B | Dividend | K | T | | | | | |
| 46. Homeguard | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___May 11, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544